Case 2:22-cr-00757-DC   Document 57   Filed 02/08/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Adela Cruz | )<br>)<br>)<br>) Case No: 2:22-CR-00757 (01)<br>) USM No: 97368-509<br>) |
| Date of Original Judgment: 04/27/2023<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>_____<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __27__ months **is reduced to** __21 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

It is further ORDERED that, if this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time-served sentence.

Except as otherwise provided, all provisions of the judgment dated __04/27/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __02/08/2024__

Effective Date: __02/18/2024__
*(if different from order date)*

_____
Judge's signature

David Counts, United States District Judge
*Printed name and title*